IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Tucson

**CRIMINAL MINUTES**

CR 10-01660-001-TUC-DCB(HCE)  Date: 1/3/2011
CASE NUMBER

Hon. JACK ZOUHARY, United States District Judge          Judge #: 4739

USA v. EMILIO MONDRAGON-FRIAS

DEFENDANT:  ☒ Present  ☐ Not Present   ☐ Released  ☒ Custody  ☐ Writ

Deputy Clerk: Katherine King          Crt Rptr: ECRO Sara Jones
U.S. Atty: Ryan Philip DeJoe           Intrptr: Ronald Zellon
Dft Atty: Rafael Malanga, (Appointed)   ☒ Present

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

**JUDGMENT    [SENTENCE]**

☐ Defendant is placed on probation for a period of _____
  on Cts(s) _  ☐ with supervision ☐ w/o supervision

☒ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of TIME SERVED on Ct 1

☒ Supervised release term of 1 Year by law on Ct 1

☐ Fine of $0 on Ct(s) 1         TOTAL FINE $0

☐ Restitution of $0 ordered pursuant to 1:3580

☒ Special Assessment of REMITTED pursuant to 18:3013 on Ct 1

☐ On Motion of U.S. Atty: Ct(s) _____

☐ Order bond exonerated     ☐ Bond exonerated upon surrender to USM

☐ Dft advised of right to appeal   ☐ Appeal bond set at $_____

☐ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☒ The Court adopts the Magistrate Judge's Findings and Recommendations filed in this matter and accepts the defendant's plea of guilty. Defendant's Motion to Accelerate Sentencing (Doc. 22) is moot.

☒ Addt'l conditions probation/supervised release: If deported, you shall not re-enter the United States without legal authorization.

☐ Other: _____

Sentencing: 15 minutes